Submitted on record and briefs May 31, affirmed June 9, 1972

CITY OF PORTLAND, *Respondent, v.*
WALLACE (No. C-71-08-2543), *Appellant.*

497 P2d 683

Oscar D. Howlett, Portland, filed the brief for appellant.

Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

ORS 19.180.